IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL LAROY SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-634-C |
| ) | |
| JOSEPH SEBENICK, Investigator, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AFFIRMING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on March 12, 2013, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, the Motion to Dismiss of Defendants Crane, Hall, Hilligoss, Sebenick, and Shannon; and the Motion for Summary Judgment of Defendant Pope are granted.. A judgment will enter accordingly.

IT IS SO ORDERED this 11th day of June, 2013.

ROBIN J. CAUTHRON
United States District Judge